

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-16-00271-CV

**IN THE INTEREST OF J.A.P. AND B.A.R., CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA00857
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal. Appellant's brief was due in this court on June 13, 2016. Neither a brief nor a motion to extend time to file the brief has been filed.

Accordingly, we **ORDER** appellant to file appellant's brief in this court on or before **July 6, 2016**. If appellant files neither the brief nor a motion for extension of time by the date ordered, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons right to counsel in termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that right to counsel in termination cases includes right to effective counsel).

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court